| Date | Pleading Number | |
|---|---|---|
| 2/7/73 | 1. | UNITED STATES, Motion w/siupporting brief, affidavit of attorney, certificate of service. REQUESTED TRANSFEREE FORUM: Massachusetts |
| 2/20/73 | 2 | JOAN B. LARSEN response to motion, memo, w/cert. of service. |
| 3/6/73 | | HEARING ORDER - Setting A-1 through A-4 for hearing, March 23, 1973 Washington, D. C. |
| 5/31/73 | | CONSENT OF TRANSFEREE COURT FOR JUDGE COFFRIN TO SIT IN NEW HAMPSHIRE to handle litigation pursuant to 28 U.S.C. §1407 |
| 5/31/73 | | ORDER - Consolidating A-1 through A-4 in the District of New Hampshire for assignment to Judge Albert W. Coffrin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |

DOCKET NO. 132 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Closed 12/8/75*

## Description of Litigation

### IN RE AIR CRASH DISASTER DISASTER NEAR BURLINGTON, VERMONT ON DECEMBER 6, 1970

### Summary of Panel Action

Date(s) of Hearing(s) 3/23/73

Date(s) of Opinion(s) or Order(s) 5/31/73

Consolidation Ordered  xxx    Name of Transferee Judge  ALBERT W. COFFRIN

Consolidation Denied  ____    Transferee District  NEW HAMPSHIRE   (102)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joan B. Larsen, etc. v. United States of America | Mass. FREEDMAN | 72-1399-F | 5/31/73 | 73-160 7/13/73 | 12/8/75 | U.S. Motion 2/7/73 |
| A-2 | Adeline Maher, etc. v. United States of America | Mass. GARRITY | 72-1602-G | 5/31/73 | 73-161 | 12/8/75 | " " |
| A-3 | Lillian Pappas, etc. v. United States of America | Mass. GARRITY | 72-3672-G | 5/31/73 | 73-162 | 12/8/75 | " " |
| A-4 | Elizabeth V. Baron, etc. v. United States of America | N.Hampshire BOWNES | 72-246 | NTN | | 12/8/75 | " " |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 132 -- IN RE AIR CRASH DISASTER NEAR BURLINGTON, VERMONT ON DECEMBER 6, 1970

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | *Albert P. Zakin* ~~Frederic M. Halstrom~~, Esquire<br>Schneider & Reilly<br>One Center Plaza<br>Boston, Massachusetts 02108 | Michael J. Pangia, Esquire<br>Trial Attorney, Aviation Unit<br>Department of Justice<br>Washington, D. C.  20530 |
| A-2 | F. Lee Bailey, Esquire<br>One Center Plaza<br>Boston, Massachusetts | ~~James N. Gabriel, Esquire<br>United States Attorney<br>Boston, Massachusetts   02109~~ |
| A-3 | Kenneth J. Murphy, Esquire<br>120 Boylston Street<br>Boston, Massachusetts 02116 | |
| A-4 | David J. Killkelley, Esquire<br>Nighswander, Lord, Martin & Killkelley<br>Post Office Box 189<br>Laconia, New Hampshire  03246 | ~~William Cullimore, Esquire<br>United States Attorney<br>Concord, New Hampshire   03301~~ |