DOCKET NO. 132

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR BURLINGTON, VERMONT, ON DECEMBER 6, 1970

ORDER

The four actions on the attached Schedule A arise out of a private plane crash near Burlington, Vermont, on December 6, 1970. All parties to those actions agree on the desirability of transferring the actions pending in the District of Massachusetts to the District of New Hampshire for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. And the Panel finds, on the basis of the papers submitted and the hearing held, that the actions involve common questions of fact and that such transfer will serve the convenience of the parties and witnesses and will further the just and efficient conduct of the litigation.

Judge Hugh H. Bownes of the transferee district has recused himself from further participating in the New Hampshire action. Judge Albert W. Coffrin of the District of Vermont, however, has agreed to serve as the transferee judge and with the cooperation of all involved Judge Coffrin has received an intercircuit assignment, pursuant to 28 U.S.C. §292, to sit as a judge in the District of New Hampshire for the purpose of conducting the coordinated or consolidated pretrial proceedings in this litigation.

IT IS THEREFORE ORDERED that the actions on the attached Schedule A pending in the District of Massachusetts be, and the same hereby are, transferred to the District of New Hampshire and, with the consent of that court, assigned to the Honorable Albert W. Coffrin, sitting by designation, for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the action pending in that district.

FOR THE PANEL

Alfred P. Murrah
Chairman

SCHEDULE A                                               DOCKET NO. 132

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Joan B. Larsen, etc. v. United States of America | Civil Action No. 72-1399-F |
| Adeline Maher, etc. v. United States of America | Civil Action No. 72-1602-G |
| Lillian Pappas, etc. v. United States of America | Civil Action No. 72-3672-G |

### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Elizabeth V. Baron, etc. v. United States of America | Civil Action No. 72-246 |